George H. WILLIAMS, Appellant,

v.

UNITED STATES, Appellee.

Nos. 2280, 2281.

Municipal Court of Appeals for the
District of Columbia.

Argued Dec. 1, 1958.

Decided Jan. 2, 1959.

Franklin Dea, Washington, D. C., for appellant.

Frank Wilson, Asst. U. S. Atty., with whom Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant was convicted by the court, trial by jury having been waived, of unlawful entry[1] and petit larceny.[2]

His chief contention is that the court erred in denying his motion made during trial to suppress certain evidence. From a review of the record we hold that in view of all the circumstances the ruling was correct. We have examined the other questions raised and find no error affecting substantial rights. The judgments accordingly are

Affirmed.

1. Code 1951, 22–3102.

2. Code 1951, 22–2202 (Supp. VI).